IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC,

      Plaintiff,

v.

JAMIE HAWLEY,

      Defendant.

_____

ORDER DEEMING MOTION TO DISMISS WITHDRAWN AND EXTENDING TIME TO
RESPOND
_____

      Upon review of defendant's unopposed motion to withdraw his motion to dismiss

[8] and motion for extension of time, to and including March 25, 2014, to file an answer

to plaintiff's complaint [89], it is

      ORDERED that the motions are granted.

      DATED: March 12th, 2014

                            BY THE COURT:

                            s/Richard P.Matsch

                            _____

                            Richard P. Matsch, Senior Judge