IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

JAMIE HAWLEY, an individual,

    Defendant.

_____

**ORDER REVISING CERTAIN DEADLINES IN THE JUNE 6, 2014 SCHEDULING ORDER**
_____

On October 16, 2014, Plaintiff moved for a 28-day extension of the October 23, 2014 affirmative expert disclosure deadline as well as the subsequent deadlines based off of the affirmative expert disclosure deadline. The Court, finding good cause exists for such an extension hereby orders the following deadlines are extended 28 days to the dates indicated below:

    Affirmative Expert disclosure deadline: **November 20, 2014;**
    Contradicting expert witness deadline: **December 19, 2014**
    Rebuttal expert disclosure deadline: **January 19, 2015**
    Discovery cut-off: **February 18, 2015**
    Dispositive motion deadline: **March 18, 2015;**

All other deadlines and provisions of the June 6, 2014 Scheduling Order are to remain in effect.

    DATED this 16th day of October, 2014.

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior District Judge