IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

      Plaintiff,
v.

JAMIE HAWLEY, an individual,

      Defendant.
_____

SECOND ORDER REVISING CERTAIN DEADLINES IN THE JUNE 6, 2014 SCHEDULING ORDER
_____

On February 12, 2015, Plaintiff moved for a 49-day extension of the February 18, 2015 discovery cutoff as well as an commensurate extension of the deadline to file dispositive motions, the lone remaining deadline based off of the discovery cutoff. The Court, finding good cause exists for such an extension hereby orders the following deadlines are extended 49 days to the dates indicated below:

      Discovery cut-off: **April 8, 2015**

      Dispositive motion deadline: **May 6, 2015;**

All other firm deadlines and provisions of the June 6, 2014 Scheduling Order are to remain in effect except as provided herein.

Estimated time frames regarding the anticipated completion of depositions contained in the June 6, 2014 Scheduling Order will not be enforced as it appears that depositions of all parties must still be completed. The Court determines that the deadline to submit written discovery requests has passed. However Rice's Honey's responses to Mr. Hawley's Requests for Production are due on February 19, 2015.

DATED this 12th day of February, 2015.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge