**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

JAMIE HAWLEY, an individual,

    Defendant.
_____

THIRD ORDER REVISING CERTAIN DEADLINES IN THE JUNE 6, 2014
SCHEDULING ORDER
_____

On April 7, 2015, Plaintiff moved for a 49-day extension of the April 8, 2015 discovery cutoff as well as an commensurate extension of the deadline to file dispositive motions, the lone remaining deadline based off of the discovery cutoff. The Court, finding good cause exists for such an extension hereby orders the following deadlines are extended 49 days to the dates indicated below:

    Discovery cut-off: **May 27, 2015**

    Dispositive motion deadline: **June 24, 2015;**

All other firm deadlines and provisions of the June 6, 2014 Scheduling Order are to remain in effect except as provided herein.

Estimated time frames regarding the anticipated completion of depositions contained in the June 6, 2014 Scheduling Order will not be enforced as it appears that depositions of all parties must still be completed. The Court determines that the

deadline to submit written discovery requests has passed and the extension of the discovery deadline shall not be used to submit additional written discovery.

DATED this 8th day of April, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge