IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

     Plaintiff,

v.

JAMIE HAWLEY, an individual,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Counterclaim for Liquidated Damages [Doc. 40] will be heard at the hearing set for **September 3, 2015, at 10:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 20, 2015