**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              September 3, 2015
Courtroom Deputy:  Emily Buchanan
FTR Technician:    Kathy Terasaki

---

Civil Action No. 14-cv-00402-RPM          Counsel:

RICE'S LUCKY CLOVER HONEY, LLC, a          Troy Rackham
Colorado Limited Liability Company,        Jared Lockwood

    Plaintiff,

v.

JAMIE HAWLEY, an individual,               Katherine Knowles

    Defendant.

---

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:28 a.m.      Court in session.**

Also seated at Plaintiff's table: Mike Rice and Mike Lordemann.

Discussion regarding an ambiguous contract, liquidated damages provision, termination without cause, and claims.

10:32 a.m.    Mr. Rackham answers Court's questions regarding claims, the background of the case, the contract between the parties, the appeal of wage claim, and the lawsuit in Texas.

10:48 a.m.    Ms. Knowles provides argument and answers Court's questions regarding Defendant's Motion to Compel.

11:00 a.m.    Mr. Rackham responds.

**ORDERED:**    Defendant's Motion to Compel Responses to Written Discovery Pursuant to Fed. R. Civ. P. 37(a) (Doc. No. 36) is **DENIED** as to request numbers 6, 15, 16, 27,

|              | 28, 29, 30, 31, 32, 33, 37, 38, 39, 41, 42, 43, 46, and 47.  The motion is **GRANTED** as to request number 5.  As to request numbers 23, 24, 25, 26, 34, 35, and 45, Plaintiff shall provide documents as to clients WalMart and Sam's Club.  As to request number 44, Plaintiff's counsel stated there are no rules, policies, and procedures. |
|---|---|
| **ORDERED:** | Plaintiff's Motion for Partial Summary Judgment on Plaintiff's Counterclaim for Liquidated Damages (Doc. No. 40) is **DENIED**. |
| **ORDERED:** | Pretrial Conference is set for **November 24, 2015 at 10:00 a.m.** |
| **11:17 a.m.** | **Court in recess.** |

**Hearing concluded.   Total time:   49 minutes.**