IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

     Plaintiff,

v.

JAMIE HAWLEY, an individual,

     Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     Due to a conflict in the Court's calendar, the pretrial conference is **rescheduled** for **December 3, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. The proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **4:00 p.m. on November 24, 2015**.


DATED:   October 22, 2015