IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00402-RPM

RICE'S LUCKY CLOVER HONEY, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

JAMIE HAWLEY, an individual,

    Defendant.

_____

## ORDER SETTING TRIAL DATE
_____

Pursuant to the pre-trial conference on December 3, 2015, it is

ORDERED that this matter is set for trial to jury on **April 25, 2016, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is set for April 22, 2016, at 10:00 a.m. in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   December 7th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge